**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Bankruptcy No. 22-10067-TPA** |
| **Bradley J. Kugler,** | : | |
| Debtor | : | **Chapter 13** |
| | : | |
| **Bradley J. Kugler,** | : | |
| Movant | : | |
| v. | : | |
| **PennyMac Loan Services, LLC,** | : | |
| Respondent | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| Additional Respondent | : | |

**CERTIFICATE OF SERVICE**

I, Jessica L. Tighe, Legal Assistant for The Law Offices of Kenny P. Seitz, hereby certify

I am over the age of eighteen years old and certify under penalty of perjury that I served the

Interim Mortgage Modification Order dated June 2, 2022, on the parties at the addresses on the

attached matrix by first class mail.


Date: <u>June 2, 2022</u>          <u>/s/ Jessica L. Tighe</u>
                                                   Jessica L. Tighe; Legal Asst.
                                                   Law Offices of Kenny P. Seitz
                                                   P.O. Box 211
                                                   Ligonier, PA 15658
                                                   Tel: 814.536-7470
                                                   Fax: 814.536-9924

**MATRIX OF PARTIES SERVED**

Brian C. Nicholas, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

PennyMac Loan Services, LLC
Attn: Julio Esparza
P.O. Box 2410
Moorpark, CA 93020

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
US Steel Tower Suite 3250
600 Grant Street
Pittsburgh, PA 15219
** served electronically **

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Bradley J. Kugler
164 Averyville Road
Saint Marys, PA 15857