# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :
                                                    : Case No. 22-10067-TPA
**Bradley J. Kugler,**                              :
                                                    : Chapter 13
                    **Debtor**                      :
                                                    :

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 2nd day of June, 2022, a true and correct copy of the Order dated June 2, 2022, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

>   SGL CARBON, LLC
>   10715 DAVID TAYLOR DRIVE, SUITE 460
>   CHARLOTTE, NC 28262
>
>   BRADLEY J. KUGLER
>   164 AVERYVILLE ROAD
>   SAINT MARYS, PA 15857

   Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

|   |   |
|---|---|
| Executed on: June 2, 2022 | Respectfully submitted,<br>/s/ Jessica L. Tighe<br>Jessica L. Tighe; Legal Asst.<br>Law Offices of Kenny P. Seitz<br>P. O. Box 211<br>Ligonier, PA  15658<br>(814) 536-7470 |