# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 22-10067-GLT |
|     Bradley J. Kugler, | : | |
|                   Debtor | : | Chapter 13 |
| | : | |
|     Bradley J. Kugler, | : | |
|                   Movant | : | |
| | : | |
|              v. | : | |
| | : | |
|     PennyMac Loan Services, LLC, | : | |
|                   Respondent | : | |
| | : | |
|     Ronda J. Winnecour, Esquire, | : | |
|     Chapter 13 Trustee, | : | |
|                   Additional Respondent | : | |

## CERTIFICATE OF SERVICE

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz, hereby certify that I am over the age of eighteen years old and certify under penalty of perjury that I served or caused to be served, on the 6th day of January, 2023, a true and correct copy of the Order dated January 5, 2023, approving the Loan Modification Agreement, on the parties at the addresses on the attached matrix by first class mail.

 

Respectfully submitted,

Executed on: January 6, 2023

/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470

## **MATRIX**

Brian C. Nicholas, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

PennyMac Loan Services, LLC
Attn: Julio Esparza
P.O. Box 2410
Moorpark, CA 93020

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
US Steel Tower Suite 3250
600 Grant Street
Pittsburgh, PA 15219
** served electronically **

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Bradley J. Kugler
164 Averyville Road
Saint Marys, PA 15857