## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :
                                          : **Case No. 22-10067-GLT**
    **Bradley J. Kugler,**              :
                                          : **Chapter 13**
        **Debtor**                :
                                          :

## <u>CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12</u>

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over

the age of eighteen years old under penalty of perjury that I served or caused to be served, on the

16th day of January, 2023, a true and correct copy of the Order dated January 13, 2023, together

with the above Debtor's Local Form No. 12 (with the complete social security number) by First-

Class Mail.  U.S. Postage paid on the Parties below:

        SGL CARBON, LLC
        10715 DAVID TAYLOR DRIVE, SUITE 460
        CHARLOTTE, NC 28262

        BRADLEY J. KUGLER
        164 AVERYVILLE ROAD
        SAINT MARYS, PA 15857

        Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

        Respectfully submitted,

Executed on: <u>January 16, 2023</u>        /s/ Jessica L. Tighe
        Jessica L. Tighe; Legal Asst.
        Law Offices of Kenny P. Seitz
        P. O. Box 211
        Ligonier, PA  15658
        (814) 536-7470