## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| BRADLEY J. KUGLER, | ) | Bankruptcy No. 22-10067-JCM |
| **Debtor** | ) | |
| | ) | Chapter 13 |
| ACAR LEASING LTD dba GM FINANCIAL | ) | |
| LEASING, | ) | |
| **Movant** | ) | Related To Document No. 83 and 84 |
| | ) | |
| v. | ) | |
| | ) | **Response Deadline:  4/15/24** |
| BRADLEY J. KUGLER | ) | |
| GRACE M BOLLHORST, | ) | **Hearing Date:  4/30/24 at 1:30 PM** |
| **Respondent(s)** | ) | |
| | ) | |
| RONDA J. WINNECOUR, | | |
| **Trustee** | | |

## CERTIFICATE OF SERVICE

I, ___William E. Craig___, of Eisenberg Gold & Agrawal, P.C., 1040 Kings Hwy. #200, Cherry Hill, NJ 08034, certify that I am more than 18 years of age and that on March 28, 2024 I served by electronic means and/or United States mail, first class, postage prepaid, the Notice Of Hearing With Response Deadline and a copy of the Motion For Relief From Stay And Co-Debtor Stay filed in this proceeding on:

| | | |
|---|---|---|
| Bradley Kugler | Grace M Bollhorst | Kenneth P. Seitz |
| 164 Averyville rd | 102 North Oswayo St, | Law Office of Kenny P. Seitz |
| Saint Marys, PA 15857 | PO Box 69 | PO Box 211 |
| (Debtor) | Singlehouse, PA 16748 | Ligonier, PA 15658 |
| | (Co-Debtor) | (Attorney for Debtor) |

| | |
|---|---|
| Ronda J. Winnecour | Office of the United States Trustee |
| Suite 3250, USX Tower | Liberty Center |
| 600 Grant Street | 1001 Liberty Avenue, Suite 970 |
| Pittsburgh, PA 15219 | Pittsburgh, PA 15222 |
| (Trustee) | (U.S. Trustee) |

I certify under penalty of perjury that the foregoing is true and correct.

/s/ William E. Craig
**By: William E. Craig, Esquire**
Attorney I.D. # 92329
Eisenberg Gold & Agrawal, P.C.
1040 Kings Highway North #200
Cherry Hill, NJ 08034
(856) 330-6200
wcraig@egalawfirm.com