IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: )<br>BRADLEY J. KUGLER, )<br>**Debtor** )<br>)<br>ACAR LEASING LTD dba GM FINANCIAL )<br>LEASING, )<br>**Movant** )<br>)<br>v. )<br>)<br>BRADLEY J. KUGLER )<br>GRACE M BOLLHORST, )<br>**Respondent(s)** )<br>)<br>RONDA J. WINNECOUR, )<br>**Trustee** | Bankruptcy No. 22-10067-JCM<br><br>Chapter 13<br><br><br>Related To Document No. 83 and 84<br><br><br><br>**Response Deadline:  4/15/24**<br><br>**Hearing Date:  4/30/24 at 1:30 PM** |

**CERTIFICATE OF SERVICE**

I, ____William E. Craig____, of Eisenberg Gold & Agrawal, P.C., 1040 Kings Hwy. #200, Cherry Hill, NJ 08034, certify that I am more than 18 years of age and that on March 28, 2024 I served by electronic means and/or United States mail, first class, postage prepaid, the Notice Of Hearing With Response Deadline and a copy of the Motion For Relief From Stay And Co-Debtor Stay filed in this proceeding on:

| | | |
|---|---|---|
| Bradley Kugler<br>164 Averyville rd<br>Saint Marys, PA 15857<br>(Debtor) | Grace M Bollhorst<br>102 North Oswayo St,<br>PO Box 69<br>Singlehouse, PA 16748<br>(Co-Debtor) | Kenneth P. Seitz<br>Law Office of Kenny P. Seitz<br>PO Box 211<br>Ligonier, PA 15658<br>(Attorney for Debtor) |
| | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>(Trustee) | Office of the United States Trustee<br>Liberty Center<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222<br>(U.S. Trustee) |

I certify under penalty of perjury that the foregoing is true and correct.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ William E. Craig
　　　　　　　　　　　　　　　　　　　　　　　**By: William E. Craig, Esquire**
　　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. # 92329
　　　　　　　　　　　　　　　　　　　　　　　Eisenberg Gold & Agrawal, P.C.
　　　　　　　　　　　　　　　　　　　　　　　1040 Kings Highway North #200
　　　　　　　　　　　　　　　　　　　　　　　Cherry Hill, NJ 08034
　　　　　　　　　　　　　　　　　　　　　　　(856) 330-6200
　　　　　　　　　　　　　　　　　　　　　　　wcraig@egalawfirm.com