IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| BRADLEY J. KUGLER, , ) | Bankruptcy No. 22-10067-JCM |
| **Debtor** ) | |
| ) | Chapter 13 |
| ACAR LEASING LTD dba GM FINANCIAL ) | |
| LEASING, ) | |
| **Movant** ) | Related To Document No. 89 |
| ) | |
| v. ) | |
| ) | **Response Deadline: 4/15/24** |
| BRADLEY J. KUGLER ) | |
| GRACE BOLLHORST, ) | **Hearing Date: 4/30/24 at 1:30 PM** |
| **Respondent(s)** ) | |
| ) | |
| RONDA J. WINNECOUR, | |
| **Trustee** | |

### ORDER OF COURT

AND NOW, this __19th__ day of __April__, 2024, it is hereby **ORDERED** that the Motion For Relief From The Automatic Stay And Co-Debtor Stay is GRANTED.

Movant ACAR Leasing LTD d/b/a GM Financial Leasing is permitted to enforce its rights in the property described as a **2021 Chevrolet Silverado 1500** bearing vehicle identification number 1GCUYEEL6MZ106657, to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law, including but not limited to repossession of said property.

_____ jlm
UNITED STATES BANKRUPTCY JUDGE
SIGNED
4/19/24 11:18 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10067-JCM |
| Bradley J. Kugler | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 1 |
| Date Rcvd: Apr 19, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Bradley J. Kugler, 164 Averyville Road, Saint Marys, PA 15857-3043 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2024        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC dcarlon@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Debtor Bradley J. Kugler thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Craig | on behalf of Creditor ACAR Leasing Ltd. d/b/a GM Financial Leasing wcraig@egalawfirm.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 5