**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : |
| | : Case No. 22-10067-JCM |
| **Bradley J. Kugler,** | : |
| | : Chapter 13 |
| **Debtor** | : |
| | : |

**CERTIFICATE OF SERVICE**

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 10th day of December, 2024, a true and correct copy of the Order Dismissing Case Without Prejudice and Terminating Wage Attached dated December 9, 2024, by First-Class Mail U.S. Postage paid on the Parties below:

SGL CARBON, LLC
10715 DAVID TAYLOR DRIVE, SUITE 460
CHARLOTTE, NC 28262

BRADLEY J. KUGLER
164 AVERYVILLE ROAD
SAINT MARYS, PA 15857

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Respectfully submitted,

Executed on: December 10, 2024

/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470